Bankruptcy Case No. 17–34078–KRH

Adversary Proceeding Case No. 19–03079–KRH

## CERTIFICATE OF SERVICE

I, _____ Amanda R. Nugent _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ September 12, 2019 _____ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:

> Brad Martin
> 30 Lincoln Avenue
> Colonial Beach, VA 22443

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____ September 16, 2019 _____        _____ /s/ Amanda R. Nugent _____

Date                                                                                 Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 East Byrd Street, Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City          State          Zip |

Bankruptcy Case No. 17–34078–KRH

Adversary Proceeding Case No. 19–03079–KRH

## CERTIFICATE OF SERVICE

I, _____Amanda R. Nugent_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____September 12, 2019_____ (date) by:

☒    **Mail Service:**  Regular, first class United States mail, postage fully pre–paid, addressed to:

   Robin McCormack
   112 Santa Maria Avenue
   Colonial Beach, VA 22443

☐    **Personal Service:**  By leaving the process with defendant or with an officer or agent of defendant at:

☐    **Residence Service:**  By leaving the process with the following adult at:

☐    **Certified Mail Service on an Insured Depository Institution:**  By sending the process by certified mail addressed to the following officer of the defendant at:

☐    **Publication:**  The defendant was served as follows: [Describe briefly]

☐    **State Law:**  The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____September 16, 2019_____    _____/s/ Amanda R. Nugent_____
Date                                                                                        Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 East Byrd Street, Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City                    State              Zip |

Bankruptcy Case No. 17–34078–KRH

Adversary Proceeding Case No. 19–03079–KRH

## CERTIFICATE OF SERVICE

I, _____ Amanda R. Nugent _____ (name), certify that I am, and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was
made. I further certify that the service of this summons and a copy of the complaint was made
_____ September 12, 2019 _____ (date) by:

☒    **Mail Service:**  Regular, first class United States mail, postage fully pre–paid, addressed to:

      Potomac Pile Driver, LLC            John C. Morgan, Jr., New Day Legal, PLLC
      30 Lincoln Avenue                      98 Alexandria Turnpike, Ste. 10
      Colonial Beach, VA 22443          Warrenton, VA 20186

☐    **Personal Service:**  By leaving the process with defendant or with an officer or agent of defendant at:

☐    **Residence Service:**  By leaving the process with the following adult at:

☐    **Certified Mail Service on an Insured Depository Institution:**  By sending the process by certified mail
addressed to the following officer of the defendant at:

☐    **Publication:**  The defendant was served as follows: [Describe briefly]

☐    **State Law:**  The defendant was served pursuant to the laws of the State of
_____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____ September 16, 2019 _____      _____ /s/ Amanda R. Nugent _____

                 Date                                          Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 East Byrd Street, Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City               State           Zip |

Bankruptcy Case No. 17–34078–KRH

Adversary Proceeding Case No. 19–03079–KRH

## CERTIFICATE OF SERVICE

I, _____ Amanda R. Nugent _____ (name), certify that I am, and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was
made. I further certify that the service of this summons and a copy of the complaint was made
_____ September 12, 2019 _____ (date) by:

☒     **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:

     Shoreline Service and Design, LLC, c/o Robin McCormack, President
     112 Santa Maria Avenue
     Colonial Beach, VA 22443

☐     **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐     **Residence Service:** By leaving the process with the following adult at:

☐     **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail
addressed to the following officer of the defendant at:

☐     **Publication:** The defendant was served as follows: [Describe briefly]

☐     **State Law:** The defendant was served pursuant to the laws of the State of
_____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____ September 16, 2019 _____      _____ /s/ Amanda R. Nugent _____

         Date                                      Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 East Byrd Street, Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City            State        Zip |

Bankruptcy Case No. 17–34078–KRH

Adversary Proceeding Case No. 19–03079–KRH

## CERTIFICATE OF SERVICE

I, _____Amanda R. Nugent_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____September 12, 2019_____ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:

    APD3, LLC, c/o Jacob Lillard, President
    27 Third Street
    Colonial Beach, VA 22443

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____September 16, 2019_____   _____/s/ Amanda R. Nugent_____
Date                                              Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 East Byrd Street, Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City            State          Zip |

Bankruptcy Case No. 17–34078–KRH

Adversary Proceeding Case No. 19–03079–KRH

## CERTIFICATE OF SERVICE

I, _____Amanda R. Nugent_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____September 12, 2019_____ (date) by:

☒   **Mail Service:**  Regular, first class United States mail, postage fully pre–paid, addressed to:

    Jacob Lillard
    27 Third Street
    Colonial Beach, VA 22443

☐   **Personal Service:**  By leaving the process with defendant or with an officer or agent of defendant at:

☐   **Residence Service:**  By leaving the process with the following adult at:

☐   **Certified Mail Service on an Insured Depository Institution:**  By sending the process by certified mail addressed to the following officer of the defendant at:

☐   **Publication:**  The defendant was served as follows: [Describe briefly]

☐   **State Law:**  The defendant was served pursuant to the laws of the State of
_____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____September 16, 2019_____     _____/s/ Amanda R. Nugent_____
                Date                                                Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 East Byrd Street, Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City                  State              Zip |