Form 2600 (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Virginia__

In re __Potomac Pile Driver, LLC__ ,
    Debtor

Case No. __17-34078-KRH__

Chapter __7__

__Peter J. Barrett__ ,
    Plaintiff

v.

__Martin et al.__ ,
    Defendant

Adv. Proc. No. __19-03079- KRH__

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> 
> Potomac Pile Driver, LLC

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

WILLIAM C. REDDEN
Clerk of the Bankruptcy Court

12/16/2019
Date

By: /s/: N. Bullock
Deputy Clerk