Robin McCormack
Shoreline Service & Design LLC
214 Marshall Avenue
Colonial Beach VA 22443



In re: Case No. <u>19-03079</u> (KRH)

To the Honorable Kevin R. Huennekens,

I am the owner of a business named Shoreline Service and Design, LLC, who is accused of default in answering an adversary complaint and now has answers to interrogatories that need completed, because I was unrepresented by counsel at the time I filed my timely answer. After finding out that these answers must be done via counsel, I needed counsel, I hired attorney Charles Krumbein, who has now withdrawn. I need more time to find replacement counsel and I am respectfully asking for that time now from Your Honor. With the present quarantining, I have been unable to find replacement counsel, despite several attempts. I am asking for an extension of time, until the end of June 2020 to find someone to enter an appearance and represent myself and my company. Thank you for your kind consideration.

Sincerely,

Robin McCormack
Robin McCormack

214 MARSHALL AVE
COLONIAL BEACH VA 22443

RICHMOND VA 230
24 APR 2020 PM 3 L

INSPECTED

US BANKRUPTCY COURT
701 E BROAD ST
RICHMOND, VA. 23219

23219-188855