RECEIVED

**Brad Martin**
**30 Lincoln Avenue**
**Colonial Beach VA 22443**

2020 APR 24  P 1:34

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | Chapter 7 |
| Potomac Pile Driver, LLC. | Case No. 17-34078 (KRH) |
| Debtor. |  |
| PETER J. BARRETT, TRUSTEE |  |
| V. | Adv. Proc. No. 19-03079-KRH |
| Brad Martin |  |
| Defendants. |  |

Answers to plaintiffs first set of interrogatories, request for documents and requests for admissions:

Interogatories, answers:

1. Brad Martin, 30 Lincoln Avenue, Colonial Beach VA 22443
2. None at this time
3. No idea
4. Potomac Pile Driver LLC was owned by me, I can not speak to any other businesses
5. Marine Construction, target area- north Potomac River, no specific operation schedule and I can not remember the start date
6. I don't know
7. (i) owner/operator, (ii) consulting as to construction methods and basic/advise help when asked (iii) I don't recall
8. To the best of my recollection, Brad Martin for Potomac Pile Driver, I don't know on the others
9. I don't remember the specific filing date but I'm sure it's on the court record
10. I don't understand this statement or question and would need further information
11. Potomac Pile Driver is no longer in existence, therefore no one holds any interest, I can not elaborate on the others as I don't know
12. I don't recall
13. Potomac pile driver doesn't have any bank accounts, I don't know about the others
14. I don't know
15. I don't know
16. I don't know
17. I didn't hold any food truck interests between 2016-2020
18. I don't understand this question/statement
19. I don't know
20. This question/statement is very misleading as I was in the pile driving business prior to becoming an LLC.
21. I can not remember the dates or times that I spoke to anyone about anything related to this question/statement and find it confusing and misleading
22. None that I know of
23. I can not recall

24. I don't understand what a request for admission is, therefore I can not list a "basis for denial"

REQUEST FOR PRODUCTION OF DOCUMENTS:

1 through 25:
I am not in possession of any documents at this time.

REQUESTS FOR ADMISSION:

1. Deny
2. I don't know
3. I don't know
4. I don't recall
5. Deny
6. Deny
7. I don't recall
8. Deny
9. Deny
10. Admit
11. Admit
12. Deny
13. I don't know
14. I don't know
15. I don't know
16. I can not confirm nor deny as I would need further information as to the definition of conducting business.
17. I don't remember
18. I don't know
19. I don't know
20. I don't know
21. Deny
22. Deny
23. Deny
24. Object, irrelevant
25. Admit
26. Deny
27. I don't know
28. Deny
29. Deny
30. Deny
31. Deny
32. I don't understand
33. Deny
34. Deny
35. Deny
36. Deny

Brad Martin, Defendant

Brad Martin
30 Lincoln Avenue
Colonial Beach VA 22443

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
_____Division

In re: Robin McCormack

Debtor(s)

Case No. 19-03079 KRH
Chapter

Plaintiff(s)

v.

Adversary Proceeding No.

Defendant(s)

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Robin McCormack
_____    _____
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

Robin McC
_____    _____
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: ____4/24/20____ (Date)

[2090edva ver. 09/17]



# BANKRUPTCY COURT DROP BOX INFORMATION FORM

## NOTICE:

- The Bankruptcy Court Clerk's Office intake counter is closed. The public may use the drop box to deposit filings and payments.

- Clerk's Office staff retrieve documents from the drop boxes at 9:00 a.m. each business day.

Date: 4/24/20

Case Name: 19-03079

Case Number(s) (if applicable): _____

Company/Firm: Shoreline Service

Name/Contact: Robin McCormack

Address: 214 Marshall Ave.

City, State, Zip: Colonial Beach, VA 22443

Phone: 703-627-3650

Email Address: Shorelineservice@icloud.com

CASHIER'S CHECK/MONEY ORDER ENCLOSED   Yes _____   No ✓

**PERSONAL CHECKS FROM DEBTORS AND CASH NOT ACCEPTED**

- IMPORTANT - Please ensure the following:
  - ✓ Case caption and, if applicable, case number clearly identified on document(s).
  - ✓ Documents have been signed.
  - ✓ If a document is being filed by pro se litigant, please complete and sign the form titled: Certification Under Local Bankruptcy Rule 2090-1 and submit with your document.